Rita Jacobovitz, Also Known as Jakubovic, Respondent,
against
Yizhaq Nagar and Leah Marks Nagar, Appellants.



Appeal from an order of the Civil Court of the City of New York, Kings County (Bruce E. Scheckowitz, J.), dated December 18, 2014. The order granted landlord's motion to disqualify Eliezer B. Kraus, Esq., as tenants' attorney.




ORDERED that the appeal is dismissed as moot.
In this holdover proceeding, tenants, by their attorney, Eliezer B. Kraus, Esq., interposed an answer which included two affirmative defenses. In a motion to disqualify Kraus as tenants' attorney, landlord alleged that she had previously consulted with Kraus and had revealed confidential information to Kraus which was relevant to this matter. Kraus denied any recollection of such consultation. The Civil Court granted landlord's motion to disqualify Kraus.
Landlord's appellate brief states that, subsequent to the entry of the order appealed from, tenants hired another attorney, and that the holdover proceeding has since been settled. In this circumstance, we conclude that the appeal has been rendered moot (see I.P.X. Constr. Corp. v Mergenthaler, 111 AD2d 310, 312 [1985]; see also Lotus Acupuncture, P.C. v State Farm Mut. Auto. Ins. Co., 44 Misc 3d 142[A], 2014 NY Slip Op 51315[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2014]).
Accordingly, the appeal is dismissed.
Solomon, J.P., Weston and Elliot, JJ., concur.
Decision Date: November 25, 2016